UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JULIET Y. LEE,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. CV 16-4279-DSF (DFM)<br><br>ORDER TO SHOW CAUSE |

In its June 23, 2016 Case Management Order, the Court ordered Plaintiff to serve and file her motion for judgment on the pleadings within 35 days of the service and filing of the Commissioner's answer. Dkt. 6 at 3. The Commissioner filed her answer on October 13, 2016. Dkt. 11. Plaintiff's deadline to file her motion for judgment on the pleadings was thus November 17, 2016. It has now been 82 days since Plaintiff's deadline passed.

Accordingly, on or before February 28, 2017, Plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why she did not timely file motion for judgment on the pleadings and why the Court should not dismiss this action for failure to prosecute and failure to comply with the its June 23

Order; or (b) serve and file her motion for judgment on the pleadings in the format specified in the June 23 Order.

**Plaintiff is warned that if she fails to timely file a response to this Order or her motion for judgment on the pleadings, the Court may dismiss the complaint for failure to comply with a Court order and/or for lack of prosecution.**

Dated: February 7, 2017

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge